UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE WILLIAMS,<br><br>       Petitioner,<br><br>  v.<br><br>MARCUS A. POLLARD, Warden,<br><br>       Respondent. | Case No. EDCV 21-1355-FMO (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

  Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

  Accordingly, IT IS ORDERED THAT:

  1. The Report and Recommendation is approved and accepted;

  2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

///

3. The Clerk serve copies of this Order on the parties.

DATED: May 31, 2022

/s/
HONORABLE FERNANDO M. OLGUIN
United States District Judge