## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE WILLIAMS, | Case No. EDCV 21-1355-FMO (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARCUS A. POLLARD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 31, 2022

/s/
HONORABLE FERNANDO M. OLGUIN
United States District Judge